# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>5194 BRENTMEAD DRIVE, LAS VEGAS, NEVADA 89120 | Case No. 2:23-mj-00241-EJY<br><br>**ORDER** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A VEHICLE KNOWN AND DESCRIBED AS A 2012 BLACK-COLORED JAGUAR XF (VIN: SAJWA0FB9CLS33637) BEARING NEVADA LICENSE PLATE LVK55N | Case No. 2:23-mj-00242-EJY<br><br>**ORDER** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A VEHICLE KNOWN AND DESCRIBED AS A 2005 CHARCOAL-COLORED NISSAN MAXIMA (VIN: 1N4BA41E65C810090) BEARING NEVADA LICENSE PLATE 023SEC | Case No. 2:23-mj-00243-EJY<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion to Unseal, the premises therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

///

///

///

///

1    IT IS HEREBY ORDERED that the Search Warrant, Search Warrant Application, and
2 Supporting Affidavit in the above-captioned matter now pending, shall be, and is, unsealed
3 until further Order of the Court.
4    DATED this 21st day of September 2023.

```
                                    _____
                                    HONORABLE ELAYNA J. YOUCHAH
                                    UNITED STATES MAGISTRATE JUDGE
```